Spinabelli Unemployment Compensation Case.

Argued November 16, 1966. *Joseph I. Lewis,* with him *Robert J. Stefanko,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him

*Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.